UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT CSECH, | ) | 3:13-cv-00289-MMD-VPC |
| Plaintiff, | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | OF U.S. MAGISTRATE JUDGE |
| JOHN PERRY, *et al.*, | ) | |
| Defendants. | ) | July 15, 2014 |

      This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. Before the court is plaintiff's motion for summary judgment (#16). Briefing was stayed on the motion pursuant to the court's order dated February 26, 2014 (#26). However, based on the record before the court it is now recommended that plaintiff's motion for summary judgment (#16) be denied without prejudice and with leave to refile.

      The District Court adopted and accepted (#34) the report and recommendation of the Magistrate Judge (#28) in full. Therefore, defendants' partial motion to dismiss (#13) has been granted, and the claims against defendant Nathan Hastings have been dismissed with prejudice and without leave to amend. *Id.* The claims against defendant E.K. McDaniel have been dismissed without prejudice, and plaintiff has been given thirty days to file an amended complaint. *Id.* If plaintiff chooses not to file an amended complaint, this action will continue only against the remaining defendants John Perry, Lisa Walsh, and J. Palmer. *Id.*

In light of the court's ruling and regardless of whether plaintiff files an amended complaint, portions of plaintiff's motion for summary judgment are now moot. Therefore, it is recommended that plaintiff's motion for summary judgment (#16) be denied without prejudice and with leave to refile, if necessary.

The parties are advised:

1. Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

### IV.  RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that plaintiff's motion for summary judgment (#16) be DENIED without prejudice and with leave to refile.

**DATED:** July 15, 2014.

_____
UNITED STATES MAGISTRATE JUDGE