## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT CSECH, | ) | 3:13-CV-0289-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 17, 2014 |
| | ) | |
| J. PERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are plaintiff's motions to compel discovery and for sanctions (#s 48 & 49). Defendants opposed the motions (#s 50 & 51), and plaintiff replied (#s 57 & 54/56).

Plaintiff's motions concern exhibit B and sealed exhibits A, D, & J in support of defendants' motion for summary judgment (#41). Evidence provided by the defendants evidences that plaintiff has, in fact, reviewed exhibit B and the exhibits filed under seal (#50, Ex. A & B, #51, n. 3). Therefore, plaintiff's motions (#48 & 49) are **DENIED**.

Defendants' motion for leave to file medical exhibits A, D, and J *under seal* (#40) is **GRANTED**. The exhibits have been filed and shall remain *under seal* (#42).

Plaintiff has filed a second motion to compel (#53) access to exhibits A, D, & J (#53). In the motion plaintiff continues to complain of limited access to the sealed exhibits. Plaintiff's second motion to compel (#53) is also **DENIED**. However, the Office of the Attorney General shall arrange for plaintiff to view exhibits A, D, & J for an additional one hour period on or before **Friday, September 26, 2014.** Plaintiff shall be permitted to take notes during this review period but shall not be permitted to make copies or take the exhibits to his cell. Plaintiff shall be granted an additional extension of time to **Friday, October 10, 2014** to file an opposition to defendants' motion for summary judgment.

Plaintiff's motion for default judgment (#58) is **DENIED.**

**IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                            By:          /s/
                                            Deputy Clerk