AMY M. ROSE, ESQ.
Nevada Bar No. 12081
American Civil Liberties Union of Nevada
601 S. Rancho Dr., Ste. B11
Las Vegas, NV 89106
Tel. 702-366-1536
Email: rose@aclunv.org

*Attorney for Plaintiff on Limited Basis*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CSECH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VERONICA VAN HORNE, ET AL.<br><br>　　　　Defendant | Case No. 3:13-cv-00283-MMD-WGC |
| ROBERT CSECH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN PERRY, ET AL.<br><br>　　　　Defendant | Case No. 3:13-cv-00289-MMD-VPC |
| ROBERT CSECH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MR. HANNAH, ET AL.<br><br>　　　　Defendant. | Case No. 3:13-cv-00292-MMD-WGC |

**STIPULTION AND ORDER TO EXTEND TIME TO FILE**

**ORDER APPOINTING GUARDIAN AD LITEM (FIRST REQUEST)**

Stipulation to Extend Time - 1

It is hereby stipulated, on this 25th day of September 2015, by and between Amy M. Rose, counsel for the Plaintiff, and John L. Ward IV, counsel for the Defendants, that the deadline for Plaintiff to file the Proposed Order Appointing Guardian Ad Litem be extended from Monday, September 28, 2015 to Monday, October 12, 2015.  Plaintiff's counsel has been actively engaged in securing a guardian ad litem, however, Dr. Melissa Piasecki and Paul Elcano have informed Ms. Rose that they are unable to serve as guardian ad litem in these cases.  Plaintiff's counsel is currently in contact with the Washoe Legal Services Pro Bono Coordinator, Heidi Meek, as well as the Nevada Disability Law Center, to search for a willing participant.  This is the first request for an extension of time from Plaintiff's counsel.

Dated this 25th day of September, 2015

**SO STIPULATED**:

/s/ Amy M. Rose
AMY M. ROSE, ESQ.
Nevada Bar No. 12081
American Civil Liberties Union of Nevada
601 S. Rancho Dr., Ste. B11
Las Vegas, NV 89106
Tel. 702-366-1536
Email: rose@aclunv.org

*Attorney for Plaintiff Robert Csech*
*On Limited Basis*

/s/ John L. Ward IV
ADAM PAUL LAXALT
Nevada Attorney General
JOHN L. WARD IV
Deputy Attorney General
Nevada Bar No. 12513
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775 684-1134
E-mail: jward@ag.nv.gov

*Attorneys for Defendants*
*Michael Cruse, Ronald Hannah,*
*Angelita Hensley, E.K. McDaniel,*
*Jack Palmer, John Peery, Richard*
*Shepherd, Veronica Van Horn,*
*and Lisa Walsh*

**ORDER**

It is hereby ordered that the deadline for Plaintiff's counsel, Amy M. Rose, to file the Proposed Order Appointing Guardian Ad Litem be extended to Monday October 12, 2015.

Dated this __28th__ day of __September__ 2015

_W̲i̲l̲l̲i̲a̲m̲ ̲G̲.̲ ̲C̲o̲b̲b̲_
UNITED STATES MAGISTRATE JUDGE